# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH GRISWOLD
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2011 DEC 29   A 11: 33

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | 2:11-cr-452-PMP-RJJ |
| Plaintiff,      ) | MOTION TO UNSEAL |
| vs.      ) | |
| THERESA MARCIANTI      ) | |
| Defendants.      ) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, Brian Pugh and Sarah Griswold, Assistant United States Attorneys, hereby moves this Court to unseal the Information and Plea Memorandum and all other pleadings in this case and as grounds therefore states as follows: The defendant has been arrested and any reason for which the pleadings were originally sealed no longer exists.

Wherefore, the government requests that this case and all sealed pleadings be unsealed.

Submitted this 29th day of December 2011.

DANIEL G. BOGDEN
United States Attorney

BRIAN PUGH
SARAH GRISWOLD
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THERESA MARCIANTI,<br><br>    Defendant. | 2:11-cr-452-PMP-RJJ<br><br>**ORDER UNSEALING CASE AND SEALED PLEADINGS** |

AND NOW, upon consideration of the government's Motion to Unseal and good cause appearing therefore, it is hereby ORDERED that the motion is GRANTED.

DATED this __29th__ day of __December, 2011__.

BY THE COURT:

_____
~~United States District Judge~~
UNITED STATES MAGISTRATE JUDGE