UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THERESA MARCIANTI,<br><br>  Defendant. | 2:11-cr-00452-PMP-CWH<br><br>ORDER |

IT IS ORDERED that Defendant's Motion for Reconsideration of Admission of Trial Testimony from Proposed Expert Ronald Bloecker (Doc. #89) is DENIED without prejudice to Defendant to renew her motion following the resting of the Government's case in chief. At that time, should Defendant renew her motion regarding proposed expert Bloecker, the Court will hear a proffer from counsel, and if necessary testimony from Mr. Bloecker outside the presence of the jury to determine whether he should be permitted to offer expert opinion testimony on behalf of Defendant.

DATED: September 12, 2013

_____
PHILIP M. PRO
United States District Judge