

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:11-CR-452-PMP-(CWH)<br>) |
| THERESA MARCIANTI, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court finds that on September 27, 2013, defendant THERESA MARCIANTI was found guilty on Counts One through Four of a Four-Count Criminal Indictment charging her in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Section 1341, 1343, 1344, and 1349; in Counts Two and Three with Bank Fraud in violation of Title 18, United States Code, Section 1344; and in Count Four with Wire Fraud in violation of Title 18, United States Code, Section 1343.  Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 130; Jury Verdict, ECF No. 138.

This Court finds that THERESA MARCIANTI shall pay criminal forfeiture money judgment of $250,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United State Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

1     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from THERESA MARCIANTI the criminal forfeiture money judgment in the amount of $250,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United State Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 5 day of ~~August~~ September, 2014.

_____
UNITED STATES DISTRICT JUDGE

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | 6609 Alta Drive | $214,400.00 | $53,600.00 | $168,000.00 | $46,400.00 | $100,000.00 | ✓ |
| 2 | 3853 Bella Palermo | $320,000.00 | $80,000.00 | $96,250.00 | $223,750.00 | $303,750.00 | ✓ |
| 3 | 4133 Birchmont Street | $592,000.00 | $148,000.00 | $146,455.92 | $445,544.08 | $593,544.08 | ✓ |
| 4 | 1140 Blitzen Drive | $305,600.00 | $76,400.00 | $118,480.00 | $187,120.00 | $263,520.00 | ✓ |
| 5 | 5466 Castle Vista Court | $608,000.00 | $152,000.00 | $112,724.04 | $495,275.96 | $647,275.96 | ✓ |
| 6 | 2435 Cliffwood Drive | $248,000.00 | $0.00 | $91,217.36 | $156,782.64 | $156,782.64 | ✓ |
| 7 | 3228 Dusty Daylight | $416,000.00 | $100,000.00 | $74,379.82 | $341,620.18 | $441,620.18 | ✓ |
| 8 | 1304 Francis Avenue | $266,000.00 | $0.00 | $140,000.00 | $126,000.00 | $126,000.00 | ✓ |
| 9 | 1605 Franklin Avenue | $320,000.00 | $0.00 | $41,846.85 | $278,153.15 | $278,153.15 | ✓ |
| 10 | 9303 Gilcrease Avenue | $250,000.00 | $0.00 | $140,000.00 | $110,000.00 | $110,000.00 | ✓ |
| 11 | 8209 Glistening Rush Street | $580,000.00 | $145,000.00 | $347,000.00 | $233,000.00 | $378,000.00 | ✓ |
| 12 | 1026 Griffith Avenue | $241,600.00 | $71,500.00 | $62,000.00 | $179,600.00 | $251,100.00 | ✓ |
| 13 | 9690 Hawk Cliff Avenue | $399,200.00 | $99,800.00 | $98,500.00 | $300,700.00 | $400,500.00 | ✓ |
| 14 | 9702 Hawk Cliff Avenue | $399,200.00 | $99,800.00 | $95,367.10 | $303,832.90 | $403,632.90 | ✓ |
| 15 | 9409 Illipah Creek Street | $298,602.44 | $0.00 | $51,397.56 | $247,204.88 | $247,204.88 | ✓ |
| 16 | 8160 Loma Del Ray Street | $320,000.00 | $80,000.00 | $120,075.00 | $199,925.00 | $279,925.00 | ✓ |
| 17 | 3172 Morning Whisper Drive | $399,200.00 | $99,800.00 | $184,000.00 | $215,200.00 | $315,000.00 | ✓ |
| 18 | 1910 Racine Drive | $256,000.00 | $64,000.00 | $46,966.31 | $209,033.69 | $273,033.69 | ✓ |
| 19 | 2872 Rothesay Avenue | $335,200.00 | $83,800.00 | $139,516.59 | $195,683.41 | $279,483.41 | ✓ |
| 20 | 2209 Santa Ynez Drive | $252,000.00 | $63,000.00 | $166,250.00 | $85,750.00 | $148,750.00 | ✓ |
| 21 | 2709 Shady Pond Way | $408,000.00 | $102,000.00 | $66,262.99 | $341,737.01 | $443,737.01 | ✓ |
| 22 | 2018 Silverton Drive | $520,000.00 | $0.00 | $78,400.00 | $441,600.00 | $441,600.00 | ✓ |
| 23 | 8348 Snowmass Drive | $368,000.00 | $92,000.00 | $129,350.00 | $238,650.00 | $330,650.00 | ✓ |
| 24 | 2313 Sunrise Meadows Drive | $423,600.00 | $105,900.00 | $142,500.00 | $281,100.00 | $387,000.00 | ✓ |
| 25 | 9070 Terra Santa Avenue | $650,000.00 | $200,000.00 | $367,500.00 | $282,500.00 | $482,500.00 | ✓ |
| 26 | 5855 Valley Drive, #2058 | $159,200.00 | $39,800.00 | $26,619.33 | $132,580.67 | $172,380.67 | ✓ |
| 27 | 6241 Whispering Creek Street | $408,000.00 | $102,000.00 | $73,378.41 | $334,621.59 | $436,621.59 | ✓ |
| 28 | 2900 Whispering Wind Drive | $585,000.00 | $0.00 | $228,960.00 | $356,040.00 | $356,040.00 | ✓ |
| 29 | 165 Wicked Wedge Way | $346,400.00 | $86,600.00 | $184,000.00 | $162,400.00 | $249,000.00 | ✓ |
| 30 | 471 Chesapeake Way | $299,000.00 | $0.00 | $298,900.00 | $100.00 | $100.00 | ? |
| 31 | 330 11th Street | $585,000.00 | $0.00 | $357,000.00 | $228,000.00 | $228,000.00 | ✗ |
| 32 | 1409 17th Street | $276,000.00 | $92,000.00 | $121,500.00 | $154,500.00 | $246,500.00 | ✗ |
| 33 | 400 7th Street | $642,358.81 | $0.00 | $157,641.19 | $484,717.62 | $484,717.62 | ✗ |
| 34 | 410 7th Street | $642,358.81 | $0.00 | $750,000.00 | ($107,641.19) | ($107,641.19) | ✗ |
| 35 | 982 Alfonso Avenue | $303,000.00 | $0.00 | $41,782.63 | $261,217.37 | $261,217.37 | ✗ |
| 36 | 2790 Alnwick Court | $396,000.00 | $0.00 | $228,400.00 | $167,600.00 | $167,600.00 | ✗ |
| 37 | 1917 Athvo Drive | $360,000.00 | $90,000.00 | $172,285.29 | $187,714.71 | $277,714.71 | ✗ |
| 38 | 6449 Ann Road West | $480,000.00 | $120,000.00 | $357,372.04 | $122,627.96 | $242,627.96 | ✗ |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 40 | 6141 Annville Court | $288,000.00 | $72,000.00 | $53,086.07 | $234,913.93 | $306,913.93 | X |
| 41 | 2956 Bel Air Drive | $688,750.00 | $0.00 | $180,500.00 | $508,250.00 | $508,250.00 | X |
| 42 | 3956 Bella Palermo | $320,000.00 | $80,000.00 | $158,061.38 | $161,938.62 | $241,938.62 | X |
| 43 | 4021 Birchmont Street | $592,000.00 | $148,000.00 | $107,966.30 | $484,033.70 | $632,033.70 | X |
| 44 | 452 Boxenwood Drive | $240,000.00 | $60,000.00 | $72,000.00 | $168,000.00 | $228,000.00 | X |
| 45 | 7771 Brambly Creek | $671,200.00 | $167,800.00 | $152,000.00 | $519,200.00 | $687,000.00 | X |
| 46 | 1929 Canosa Avenue | $239,200.00 | $59,800.00 | $60,000.00 | $179,200.00 | $239,000.00 | X |
| 47 | 6004 Chessington Avenue | $704,000.00 | $176,000.00 | $140,847.22 | $563,152.78 | $739,152.78 | X |
| 48 | 1752 Clear River Falls Lane | $479,200.00 | $119,800.00 | $469,368.36 | $9,831.64 | $129,631.64 | X |
| 49 | 1124 Coral Isle Way | $220,000.00 | $55,000.00 | $77,750.00 | $142,250.00 | $197,250.00 | X |
| 50 | 9164 Conquest Court | $300,000.00 | $75,000.00 | $120,000.00 | $180,000.00 | $255,000.00 | X |
| 51 | 5769 Cowboy Fiddle Court | $360,000.00 | $90,000.00 | $119,250.00 | $240,750.00 | $330,750.00 | X |
| 52 | 461 Crocus Hill | $348,750.00 | $0.00 | $163,250.00 | $185,500.00 | $185,500.00 | X |
| 53 | 3244 Crystal Palm Court | $624,000.00 | $156,000.00 | $88,178.16 | $535,821.84 | $691,821.84 | X |
| 54 | 4204 Cutlass Bay Street | $464,000.00 | $0.00 | $91,370.64 | $372,629.36 | $372,629.36 | X |
| 55 | 5680 Dapple Gray Road | $559,200.00 | $0.00 | $100,715.23 | $458,484.77 | $458,484.77 | X |
| 56 | 7111 Durango Drive, #108 | $145,467.00 | $0.00 | $54,533.00 | $90,934.00 | $90,934.00 | X |
| 57 | 1720 Fairgate Court | $623,000.00 | $267,000.00 | $227,852.12 | $395,147.88 | $662,147.88 | X |
| 58 | 8101 Flamingo Road, #1029 | $164,700.00 | $0.00 | $45,700.00 | $119,000.00 | $119,000.00 | X |
| 59 | 7721 Four Seasons Drive | $540,000.00 | $0.00 | $539,900.00 | $100.00 | $100.00 | X |
| 60 | 11211 Gallery Echo Street | $423,900.00 | $0.00 | $95,650.00 | $328,250.00 | $328,250.00 | X |
| 61 | 6777 Garden Grove Avenue | $300,000.00 | $75,000.00 | $77,685.00 | $222,315.00 | $297,315.00 | X |
| 62 | 11248 Gibbs Hill | $417,000.00 | $113,000.00 | $88,683.94 | $328,316.06 | $441,316.06 | X |
| 63 | 81 Ginger Lily Terrace | $365,000.00 | $0.00 | $77,000.00 | $288,000.00 | $288,000.00 | X |
| 64 | 8213 Glistening Rush Street | $568,000.00 | $142,000.00 | $190,000.00 | $378,000.00 | $520,000.00 | X |
| 65 | 1901 Granite Avenue | $204,000.00 | $51,000.00 | $254,900.00 | ($50,900.00) | $100.00 | X |
| 66 | 9123 Green Frost Drive | $311,200.00 | $77,800.00 | $72,920.00 | $238,280.00 | $316,080.00 | X |
| 67 | 9135 Green Frost Drive | $286,000.00 | $71,500.00 | $156,750.00 | $129,250.00 | $200,750.00 | X |
| 68 | 5308 Great Horizon Drive | $680,000.00 | $170,000.00 | $127,700.20 | $552,299.80 | $722,299.80 | X |
| 69 | 5549 Green Ferry Avenue | $360,000.00 | $90,000.00 | $136,800.00 | $223,200.00 | $313,200.00 | X |
| 70 | 9710 Grouse Grove Avenue | $440,000.00 | $110,000.00 | $203,500.00 | $236,500.00 | $346,500.00 | X |
| 71 | 9634 Hawk Cliff Avenue | $401,250.00 | $133,750.00 | $102,495.60 | $298,754.40 | $432,504.40 | X |
| 72 | 4891 Hayride Street | $696,000.00 | $174,000.00 | $66,916.00 | $629,084.00 | $803,084.00 | X |
| 73 | 4971 Hayride Street | $825,000.00 | $0.00 | $652,541.00 | $172,459.00 | $172,459.00 | X |
| 74 | 6504 Ironbank Lane | $148,000.00 | $37,000.00 | $41,150.00 | $106,850.00 | $143,850.00 | X |
| 75 | 4601 Julene Court | $232,000.00 | $0.00 | $103,000.00 | $129,000.00 | $129,000.00 | X |
| 76 | 4427 La Madre Way | $295,000.00 | $0.00 | $242,250.00 | $52,750.00 | $52,750.00 | X |
| 77 | 6292 Lavender Cloud Place | $349,600.00 | $87,400.00 | $117,000.00 | $232,600.00 | $320,000.00 | X |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 78 | 1437 Lilac Breeze Circle | $244,000.00 | $61,000.00 | $42,168.00 | $201,832.00 | $262,832.00 | ✗ |
| 79 | 6225 Lullaby Pine Court | $528,000.00 | $132,000.00 | $159,559.30 | $368,440.70 | $500,440.70 | ✗ |
| 80 | 6304 Markleham Avenue | $510,000.00 | $0.00 | $242,250.00 | $267,750.00 | $267,750.00 | ✗ |
| 81 | 3900 Melody Lane | $136,000.00 | $34,000.00 | $23,410.56 | $112,589.44 | $146,589.44 | ✗ |
| 82 | 2713 Messina Court | $288,750.00 | $96,250.00 | $113,000.00 | $175,750.00 | $272,000.00 | ✗ |
| 83 | 1738 Millstream Way | $301,087.00 | $362.00 | $77,394.72 | $223,692.28 | $224,054.28 | ✗ |
| 84 | 3500 Nantova Court | $264,000.00 | $0.00 | $136,097.73 | $127,902.27 | $127,902.27 | ✗ |
| 85 | 1730 Navarre Lane | $356,000.00 | $89,000.00 | $133,000.00 | $223,000.00 | $312,000.00 | ✗ |
| 86 | 8909 Nautilus Vista Court | $253,600.00 | $63,400.00 | $124,955.64 | $128,644.36 | $192,044.36 | ✗ |
| 87 | 1600 Night Wind Drive | $440,000.00 | $110,000.00 | $80,350.00 | $359,650.00 | $469,650.00 | ✗ |
| 88 | 6541 Orchid Hill Circle | | | | $0.00 | $0.00 | ✗ |
| 89 | 3302 Outlook Point | $229,040.00 | $57,260.00 | $146,300.00 | $82,740.00 | $140,000.00 | ✗ |
| 90 | 2101 Palm Canyon Court | $840,000.00 | $210,000.00 | $540,000.00 | $300,000.00 | $510,000.00 | ✗ |
| 91 | 11245 Playa Caribe | $371,000.00 | $159,000.00 | $133,561.54 | $237,438.46 | $396,438.46 | ✗ |
| 92 | 5842 Pueblo Canyon Avenue | $650,000.00 | $0.00 | $52,000.00 | $598,000.00 | $598,000.00 | ✗ |
| 93 | 9360 Red Rose Avenue | $279,200.00 | $69,800.00 | $72,501.80 | $206,698.20 | $276,498.20 | ✗ |
| 94 | 322 Redondo Street | $344,000.00 | $86,000.00 | $139,750.00 | $204,250.00 | $290,250.00 | ✗ |
| 95 | 1508 Remembrance Hill Street | $248,000.00 | $62,000.00 | $152,250.00 | $95,750.00 | $157,750.00 | ✗ |
| 96 | 4429 Rockaway Beach Street | $407,200.00 | $101,800.00 | $72,989.04 | $334,210.96 | $436,010.96 | ✗ |
| 97 | 9570 Rosada Way | | | | $0.00 | $0.00 | ✗ |
| 98 | 9580 Rosada Way | $204,000.00 | $51,000.00 | $217,589.00 | $(13,589.00) | $37,411.00 | ✗ |
| 99 | 72 Sea Holly Way | $311,900.00 | $78,000.00 | $145,493.41 | $166,406.59 | $244,406.59 | ✗ |
| 100 | 7637 Sierra Paseo Lane | $263,200.00 | $65,800.00 | $75,200.00 | $188,000.00 | $253,800.00 | ✗ |
| 101 | 6208 Silver Vein Street | $376,000.00 | $94,000.00 | $154,612.32 | $221,387.68 | $315,387.68 | ✗ |
| 102 | 7057 St. Lucia Street | $345,284.00 | $0.00 | $63,136.53 | $282,147.47 | $282,147.47 | ✗ |
| 103 | 1030 Sweeney Avenue | $239,200.00 | $59,800.00 | $221,500.00 | $17,700.00 | $77,500.00 | ✗ |
| 104 | 5325 Tamanar Drive | $295,200.00 | $73,800.00 | $41,349.80 | $253,850.20 | $327,650.20 | ✗ |
| 105 | 5740 Taj Mahal Drive | $279,200.00 | $69,800.00 | $49,762.30 | $229,437.70 | $299,237.70 | ✗ |
| 106 | 1400 Tequesta Road | $192,000.00 | $48,000.00 | $29,902.60 | $162,097.40 | $210,097.40 | ✗ |
| 107 | 6228 Valley Grove Court | $260,000.00 | $0.00 | $60,000.00 | $200,000.00 | $200,000.00 | ✗ |
| 108 | 892 Vegas Valley Drive | $730,000.00 | $0.00 | $143,500.00 | $586,500.00 | $586,500.00 | ✗ |
| 109 | 1921 Verbania Drive | $359,200.00 | $89,800.00 | $63,474.69 | $295,725.31 | $385,525.31 | ✗ |
| 110 | 3158 Viewcrest Avenue | $370,000.00 | $0.00 | $64,500.00 | $305,500.00 | $305,500.00 | ✗ |
| 111 | 9789 Vista Crest Avenue | $328,500.00 | $109,500.00 | $139,000.00 | $189,500.00 | $299,000.00 | ✗ |
| 112 | 6220 Whitelion Walk Steet | $352,000.00 | $88,000.00 | $59,778.85 | $292,221.15 | $380,221.15 | ✗ |
| 113 | Total | | | | $26,320,011.58 | $33,785,233.58 | |

*United States v. Marcianti*, 2:11-CR-452-PMP-CWH
Restitution List

| Victim | Address | Restitution Amount | Defendants Jointly and Severally Liable |
|---|---|---|---|
| Aegis Mortgage Corporation | 11381 Meadowglen Lane Suite 1 Houston, Texas 77082-2647 | $510,000.00 | Panikkar, Labee, Ortiz, Thompson |
| Aurora Commercial Corp. | 10350 Park Meadows Drive Littelton, Colorado 80124 | $1,472,500.00 | |
| Avelo Mortgage, LLC | Unknown | $548,000.00 | |
| Bank of America | 5220 Las Virgenes Rd MS: AC-11B Calabasas, California 91302 | $3,777,499.89 | Grimm, Mazzarella, Beecroft, Mark |
| Central Mortgage Company | 801 John Barrow Ste. 1 Little Rock, Arkansas 72205 | $2,381,397.60 | Grimm, Mazzarella, Beecroft, Mark |
| CitiMortgage, Inc. | 1000 Technology Dr Mail Stop 367 O'Fallon, Missouri 63368 | $279,483.41 | Grimm, Mazzarella, Beecroft, Mark |
| CMG Mortgage Inc. | 3130 South Rainbow Blvd #304 Las Vegas, Nevada 89146 | $593,544.08 | |
| FDIC | P.O. Box 971774 Dallas, Texas 75397-1774 | $1,910,153.15 | Grimm, Mazzarella, Beecroft, Mark |
| First Horizon Home Loans | 7375 Prairie Falcon Drive #120 Las Vegas, Nevada 89128 | $267,750.00 | Grimm, Mazzarella, Beecroft, Mark |

| | | | |
|---|---|---|---|
| Greenpoint Mortgage | P.O. Box 50162<br>McLean, Virgina 22102-9962 | $739,152.78 | |
| HomeEq Servicing | P.O. Box 24549<br>West Palm Beach, Florida 33415-4649 | $1,404,073.68 | |
| HSBC Mortgage Services | 6100 Neil Rd<br>Suite 500<br>Reno, Nevada 89511 | $627,000.00 | |
| InterBay Funding, LLC | 4425 Ponce De Leon Blvd<br>4th Floor<br>Coral Gables, Florida 33146 | $167,600.00 | |
| JP Morgan Chase Bank | 7255 Baymeadows Way<br>Jacksonville, Florida 32256 | $7,374,230.21 | Grimm, Mazzarella, Beecroft, Mark |
| Lehman Brothers Bank, FSB | 10350 Park Meadows Drive<br>Ste 200<br>Littleton, Colorado 80124-6800 | $1,976,499.00 | |
| Nomura Holding America | 2 World Financial Center<br>New York, New York 10281 | $481,800.00 | Grimm, Mazzarella, Beecroft, Mark |
| OCWEN Loan Servicing, LLC | P.O. Box 24737<br>West Palm Beach, Florida 33416-4737 | $476,130.67 | |
| Regions Bank | 1900 Fifth Avenue North<br>Birmingham, Alabama 35203 | $330,650.00 | |
| Residential Funding Company, LLC | One Meridian Crossing<br>Suite 100<br>Minneapolis, Minnesota 55423 | $825,000.00 | |
| Saxon Mortgage Services, Inc. | 4708 Mercantile Drive North<br>Ft. Worth, Texas 76137 | $567,717.37 | |
| Select Portfolio Servicing, Inc. | 3815 South West Temple<br>Salt Lake City, Utah 84115 | $677,125.31 | |
| Terwin Advisors, LLC | 8742 Lucent Blvd<br>#300<br>Highlands Ranch, Colorado 80129 | $443,289.95 | Grimm, Mazzarella, Beecroft, Mark |
| Wells Fargo Mortgage, Inc | P.O. Box 10335<br>Des Moines, Iowa 50306-0335 | $4,140,653.70 | Grimm, Mazzarella, Beecroft, Mark, Ortiz, Thompson |

| | | |
|---|---|---|
| 2:08-CR-64-RLH-GWF  Grimm, Mazzarella, Beecroft, Pannikar, Ortiz, Thompson | | |
| 2:08-CR-167-LDG-GWF  Christians | | |
| 2:08-CR-174-KJD-GWF  Labee | | |
| 2:11-CR-369-PMP-RJJ  Tinaglia | | |
| 2:11-CR-453-PMP-CWH  Mark | | |
| Total | | $31,971,250.80 |