IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>      Plaintiff,    )<br>   vs.    )<br>THERESA MARCIANTI,    )<br>      Defendant.    )<br>_____) | Case No. 2:11-cr-452-PMP-CWH<br><br>**ORDER TEMPORARILY UNSEALING<br>TRANSCRIPT** |

On November 3, 2014, Katherine Eismann, Official Court Reporter, received a Transcript Order from Bret O. Whipple, counsel for defendant, requesting a transcript of the sealed hearings November 26, 2012, April 18, 2013, and February 20, 2013, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearings shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Bret O. Whipple.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** November 24, 2014.

_____
PHILIP M. PRO
United States District Court Judge