# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THERESA MARCIANTI,<br><br>Defendant. | Case No. 2:11-cr-452-APG-CWH<br><br>**ORDER REQUIRING ANSWER TO MOTION**<br><br>(ECF No. 220) |

Defendant Theresa Marcianti filed a motion under 28 U.S.C. § 2255 to vacate or correct her sentence. ECF No. 220. The Government shall file an answer to that motion by November 13, 2017. Ms. Marcianti shall have 30 days thereafter to file a reply in support of her motion.

DATED this 13th day of October, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE