# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

THERESA MARCIANTI

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:11-cr-00452-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying defendant's 2255 motion.

9/27/2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk